Filed 8/3/23  P. v. Taylor CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE, | C097732 |
| Plaintiff and Respondent, | (Super. Ct. No. 10F02912) |
| v. | |
| KALIEF TAYLOR, | |
| Defendant and Appellant. | |

Defendant Kalief Taylor appeals the trial court's denial of his petition for resentencing under Penal Code section 1172.6.  Appointed counsel filed a brief raising no arguable issues under *People v. Delgadillo* (2022) 14 Cal.5th 216 or *People v. Wende* (1979) 25 Cal.3d 436 and asking us to exercise our discretion to review the entire record for arguable issues on appeal.  We shall dismiss the appeal as abandoned.

1

## DISCUSSION

On May 15, 2023, we notified defendant: (1) counsel filed a brief indicating no arguable issues had been identified by counsel; (2) as a case arising from an order denying postconviction relief, defendant was not entitled to counsel or to an independent review of the record; and (3) in accordance with the procedures set forth in *Delgadillo*, defendant had 30 days in which to file a supplemental brief or letter raising any argument he wanted this court to consider. We also notified defendant if we did not receive a letter or brief within that 30-day period, the court may dismiss the appeal as abandoned. More than 30 days have elapsed, and we have received no communication from defendant.

We consider defendant's appeal abandoned and order the appeal dismissed. (*People v. Delgadillo, supra*, 14 Cal.5th at p. 232.)

## DISPOSITION

The appeal is dismissed.

                                /s/
                             Duarte, J.

We concur:

      /s/
Earl, P.J.

      /s/
Horst, J.*

---

\* Judge of the Placer County Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.

2